UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. WILSON, II, | No. 2:14-cv-0721 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

On March 19, 2014, plaintiff filed a petition for writ of habeas corpus under 28 U.S.C. § 22554. However, in the body of the petition, he complains about conditions of confinement. That being the case, plaintiff cannot seek habeas relief. Instead, he should commence an action for violation of civil rights under 42 U.S.C. § 1983. Good cause appearing, the habeas petition before the court will be dismissed and the court will direct the Clerk of the Court to send plaintiff the court's form-complaint for violations of civil rights alleged by California prisoners. Plaintiff will be granted thirty days within which to file a completed complaint.

Also, plaintiff has filed a request to proceed in forma pauperis. It also is not on the correct form. The request to proceed in forma pauperis will be denied and plaintiff will be given thirty days to file his request on the correct form.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's petition for writ of habeas corpus (ECF No. 1) is dismissed.

2. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is denied without prejudice.

3. Plaintiff is granted thirty days from the date of service of this order to file a complaint on the form provided by the Clerk of the Court that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The complaint must bear the docket number assigned this case.

4. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.

5. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed.

6. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

Dated:  April 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] wils0721.noc